IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JESSICA JANSON, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONAL ENTERPRISE SYSTEMS, INC., | : | |
| | : | |
| | : | NO. 09-857-LDD |
| | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 4th day of March 2010, upon consideration of the Notice of Voluntary Dismissal (Doc. No. 19) filed by the plaintiff on February 24, 2010, it is hereby ORDERED that this action is DISMISSED. It is further ORDERED that the Clerk of Court shall close this matter for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.